UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICOLE ZACHMAN, on behalf of herself
and all other similarly situated,
                           Plaintiff,

v.

HUDSON VALLEY FEDERAL CREDIT
UNION,
                           Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 1579 (VB)

       On February 21, 2020, plaintiff Nicole Zachman, on behalf of herself and all others similarly situated, commenced the instant action against defendant Hudson Valley Federal Credit Union. (Doc. #1).

       On May 7, 2020, the Clerk of Court issued a summons as to defendant, (Doc. #5), and on May 11, 2020, the Clerk issued an amended summons as to defendant. (Doc. #9). However, there is no indication on the docket that defendant has been served in accordance with Fed. R. Civ. P. 4, and defendant has not appeared in this case.

       Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before June 2, 2020, plaintiff either: (i) files to the ECF docket proof of service, indicating defendant was served on or before May 21, 2020; or (ii) shows good cause in writing for her failure to comply with Fed. R. Civ. P. 4(m).

Dated: May 26, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge