UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICHOLE ZACHMAN, on behalf of herself
and all others similarly situated,
                   Plaintiff,

v.

HUDSON VALLEY FEDERAL CREDIT
UNION,
                   Defendant.
--------------------------------------------------------------x



**ORDER**

20 CV 1579 (VB)

       The Court conducted an initial conference today in the above matter, at which counsel for defendant appeared by telephone. Plaintiff's counsel failed to appear, without excuse or explanation.

       By Notice of Initial Conference dated March 22, 2021, the Court ordered counsel for both parties to appear for an initial conference on April 26, 2021, at 9:30 a.m. (Doc. #31). After the conference concluded, counsel for plaintiff wrote a letter to the Court apologizing for his failure to appear at the scheduled conference. (Doc. #37).

       Accordingly, it is HEREBY ORDERED:

       1.    Although the Court does not appreciate having its time wasted, it will not sanction plaintiff's counsel for his failure to appear.

       2.    By **April 28, 2021**, defendant shall file with the Court a letter-motion, not to exceed three pages, regarding its request for a stay of this action pending appeal and explaining why it believes a stay is appropriate.

       3.    By **April 30, 2021**, plaintiff shall respond to defendant's letter.

Dated: April 26, 2021
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge