---

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICOLE ZACHMAN, on behalf of
herself and all others similarly
situated,
             Plaintiff,

v.

HUDSON VALLEY FEDERAL CREDIT
UNION,
             Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 1579 (VB)



      By Opinion and Order dated March 22, 2021, the Court denied defendant's motion to compel arbitration. (Doc. #14). Defendant appealed, and the case was stayed pending appeal.

      On September 14, 2022, the Second Circuit issued an opinion vacating the March 22, 2021, Order and remanding the case to this Court for further proceedings consistent with the opinion. The mandate issued on October 5, 2022, and was docketed on October 20, 2022.

      Accordingly, it is hereby ORDERED that a status conference is scheduled for December 1, 2022, at 9:30 a.m. By November 23, 2022, the parties are directed to file a joint letter stating the parties' positions on conducting further proceedings consistent with the Second Circuit's opinion, including proceeding to a summary trial.

Dated: October 21, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge