UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICHOLE ZACHMAN, on behalf of herself :
and all others similarly situated,       :
                    Plaintiff,       :    **ORDER**
v.                                        :
                                                            :    20 CV 1579 (VB)
HUDSON VALLEY FEDERAL CREDIT       :
UNION,                                    :
                    Defendant.      :
--------------------------------------------------------------x

        As discussed at an on-the-record conference on December 1, 2022, attended by counsel for all parties, it is HEREBY ORDERED:

        1.    For the reasons stated on the record, and with defendant's consent, plaintiff is granted leave to file an amended complaint to add an additional class representative. By December 8, 2022, plaintiff shall file the amended complaint. By December 22, 2022, defendant shall answer, move, or otherwise respond to the amended complaint.

        2.    The parties may conduct limited arbitration-related discovery.

        3.    Pursuant to Section 4 of the Federal Arbitration Act, 9.U.S.C. § 4, a summary bench trial on the issue of whether the parties agreed to arbitrate is scheduled for March 6, 2023, at 10:00 a.m., at the White Plains Courthouse, Courtroom 620.

        4.    Counsel shall discuss settlement in good faith. By February 1, 2023, counsel shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

Dated: December 1, 2022
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge