

# LITCHFIELD CAVO LLP
ATTORNEYS AT LAW

**WRITER'S ADDRESS:**
303 West Madison Street | Suite 300
Chicago, IL 60606-3300
D (312) 781-6569
F (312) 781-6630

Michael L. Hahn
Email: Hahn@LitchfieldCavo.com

**VIA CM/ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room
White Plains, New York

Re: **Status Report on Settlement Negotiations**
*Zachman v. Hudson Valley Federal Credit Union*
Case No: 7:20-cv-01579-VB 2020CH07185

---

**APPLICATION GRANTED**
1. By separate Order of Reference, this case will be referred to Magistrate Judge McCarthy for a settlement conference.
2. The trial scheduled for 3/6/2023 is adjourned to **4/27/2023, at 9:30 a.m.**
3. By 4/20/2023, the parties shall submit a further joint letter regarding the status of settlement discussions.
4. The Clerk is directed to vacate the stay entered on 5/10/2021. (Doc. #42).

SO ORDERED:

Vincent L. Briccetti, U.S.D.J. 2/2/2023

---

Dear Judge Briccetti:

This letter is further to your order of December 1, 2022 wherein you directed the parties to submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

The parties hereby request that this matter be referred to Magistrate Judge Judith C. McCarthy for a settlement conference. We also request that the summary trial currently scheduled for March 6, 2023 be continued to a date shortly after conclusion of the settlement conference, if necessary.

As the Court is aware, this matter involves class-action claims relating to fees charged by the Defendant credit union to its 330,000 members over a six year period. In cases such as these, the undersigned counsel typically quantify – as much as possible – the amount to which the purported class might be entitled by evaluating extensive financial data produced by the credit unions in discovery. This process is complicated, requires significant investment of time and effort by the credit unions, and takes several months with the aid of experts.

Here, although this process may not involve as extensive exchange of information as might occur in formal discovery, for the parties to have meaningful settlement discussions they still require time to quantify approximate potential damages, including determining the size of the settlement class. Although this process should not take the months it usually does,

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com



Honorable Vincent L. Briccetti
United States District Judge
January 31, 2023
Page 2

production of information sufficient for the parties to have meaningful settlement discussions will still take approximately 4 to 6 weeks from the date of this letter.

Consequently, the parties request that this matter be referred to Magistrate Judge McCarthy for a settlement conference and that the summary trial be continued.

Sincerely,

Michael L. Hahn
Counsel for Hudson Valley Federal Credit Union

/s/ Sophia Gold
Sophia Goren Gold
Counsel for Plaintiffs