UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
NICOLE ZACHMAN., *et al.*,

                              Plaintiffs,                  **ORDER**

-against-                              20 Civ. 1579 (VB)(JCM)

HUDSON VALLEY FEDERAL CREDIT UNION,

                              Defendant.
--------------------------------------------------------------X

       On June 8, 2023, the parties submitted a letter to the Court advising of the status of settlement discussions. The parties are directed to file a further settlement status update with the Court on July 14, 2023.

Dated: June 9, 2023
       White Plains, New York

                                                      **SO ORDERED:**

                                                        */s/ Judith C. McCarthy*
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge