IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE ZACHMAN, and LINDA ODELL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HUDSON VALLEY FEDERAL CREDIT UNION,<br><br>    Defendant | Case No. 7:20-cv-01579-VB |

[ORDER]

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

Plaintiffs Nicole Zachman and Linda O'Dell (collectively "Plaintiffs") and defendant Hudson Valley Federal Credit Union ("Defendant") hereby stipulate that the above-captioned action of Plaintiffs Zachman and O'Dell is hereby dismissed with prejudice pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii).

Respectfully stipulated to and submitted this 13th day of September, 2023 by:

**LITCHFIELD CAVO LLP**

_/s/ Michael L. Hahn_
Michael L. Hahn
300 West Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6569
Email: Hahn@LitchfieldCavo.com

*Counsel for Defendant
Hudson Valley Credit Union*

**REESE LLP**

_/s/ Michael R. Reese_
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: mreese@reesellp.com

*Counsel for Plaintiffs Nicole Zachman and Linda O'Dell*

So ORDERED:
VB, USDJ
9/14/2023